STATE of Vermont v. Reginald J. PRUE, No. 225-79

634

August 15, 1979. Motion for permission to withdraw as counsel granted.